UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X

DAVONTE PRESSLEY,

                Plaintiff,

      -against-

THE CITY OF NEW YORK; PETER CHIOFOLO;
MIGUEL GONZALEZ; JOHN DOE 1-10,

                Defendants.
----------------------------------------------------------- X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 31 2018 ★

BROOKLYN OFFICE

Rec'd 5/31/18

JUDGMENT
18-CV-00514 (KAM)

      An Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on May 22, 2018, adopting in its entirety the Report and Recommendation of Magistrate Judge Lois Bloom, having been filed on May 15, 2018; dismissing the Plaintiff's complaint without prejudice pursuant to Federal Rule of Civil Procedure (4)m; it is

      ORDERED and ADJUDGED that pursuant to Federal Rule of Civil Procedure (4)m, the Plaintiff's complaint is dismissed without prejudice.

| | |
|---|---|
| Dated: Brooklyn, NY<br>May 31, 2018 | Douglas C. Palmer<br>Clerk of Court |
| | By: /s/*Jalitza Poveda*<br>     Deputy Clerk |